**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**CHARLES T. WHITE,**

        **Petitioner,**

 **vs.**                **9:00-CV-1709**

**UNITED STATES OF AMERICA,**

        **Respondent.**
_____

**Thomas J. McAvoy,**
**Sr. U.S. District Judge**


### DECISION & ORDER

  This *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 was referred to the Hon. David E. Peebles, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

  The Report-Recommendation dated June 28, 2005, recommended that the petition be denied and dismissed. The petitioner did not file any objections to the Report-Recommendation. After examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, the Court adopts the Report-Recommendation for the reasons stated therein.

It is therefore

**ORDERED** that Petitioner's writ of habeas corpus is **DENIED** and **DISMISSED.**

**IT IS SO ORDERED.**

Dated: November 7, 2005

_____
Thomas J. McAvoy
Senior, U.S. District Judge